```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

WILLIAM G. CARTER,              )
                                )
        Petitioner,             )
                                )
    v.                          )       No. 4:06CV1683 ERW
                                )
ALAN BLAKE,                     )
                                )
        Respondent.             )

### ORDER

This matter is before the Court on William Carter's motion to proceed in forma pauperis on appeal. The Court finds that Carter's appeal is not taken in good faith, and the Court will deny the motion. 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY CERTIFIED** that an appeal from the final judgment in this case would not be taken in good faith.

**IT IS HEREBY ORDERED** that Carter's motion to proceed in forma pauperis on appeal [#10] is **DENIED**.

So Ordered this 20th Day of April, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE